### RICE v. BEARD.

This case is ruled by the following case of *Rice* v. *Bamberg.*

Before DANTZLER, J., Bamberg, September, 1904.    Affirmed.

Action by Eugenia M. Rice against G. W. Beard.    From Circuit decree, defendant appeals.

*Mr. Jno. R. Bellinger,* for appellant.

*Messrs. H. F. Rice* and *B. T. Rice,* contra.

October 7, 1905.    The opinion of the Court was delivered by

MR. JUSTICE WOODS.    This appeal involves the claim of defendants to subrogation under the same state of facts as was presented in the case of Eugenia M. Rice against F. M. Bamberg, and the decision in that case is conclusive of this.

The judgment of this Court is, that the judgment of the Circuit Court be affirmed.